**No. 25-7495**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IMMIGRANT DEFENDERS LAW CENTER, et al.,

Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-00395

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS'
OPENING BRIEF; DECLARATION OF TOLA M. MYCZKOWSKA**

BRETT A. SHUMATE
  *Assistant Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney General*

CARA E. ALSTERBERG
  *Acting Assistant Director*

TOLA M. MYCZKOWSKA
  *Trial Attorney*
  *Office of Immigration Litigation*
  *Civil Division, U.S. Dept. of Justice*
  *P.O. Box 878, Ben Franklin Station*
  *Washington, DC 20044*
  *(202) 353-5718*

Pursuant to Ninth Circuit Rule 31.2-2(b), Defendants-Appellants, by and through their undersigned attorney, respectfully move for a 60-day extension of time to file their Opening Brief in this case. Unless the time is extended, Defendants-Appellants' Opening Brief is due on February 18, 2026. *See* Dkt. No. 2. There have been no previous requests for an extension.

Good cause exists for this Court to grant Defendants-Appellants' request. A decision regarding whether to appeal in this case has not yet been made. *See* Declaration of Tola M. Myczkowska. The decision whether, and to what extent, to appeal must ultimately be made by the Office of the Solicitor General. *See* 28 C.F.R. § 0.20(b). Accordingly, undersigned counsel seeks additional time to complete the appeal determination process and draft Defendants-Appellants' Opening Brief should the Office of the Solicitor General determine this matter should be appealed.

On January 26, 2026, undersigned counsel sought Plaintiffs-Appellees' position on Defendants-Appellants' request for an extension of time via email. *Id.* On January 27, 2026, Plaintiffs-Appellees indicated that they were amendable to a 30-day extension of time, but not a 60-day extension of time. *Id.*

Accordingly, Defendants-Appellants respectfully request an extension of time to and including April 20, 2026 to submit their Opening Brief. *See* Fed. R. App. P. 26(a)(1)(C).

                                                      Respectfully submitted,

BRETT A. SHUMATE  
Assistant Attorney General  
Civil Division  

DREW C. ENSIGN  
Deputy Assistant Attorney General  

CARA E. ALSTERBERG  
Acting Assistant Director  

*/s/Tola M. Myczkowska*  
TOLA M. MYCZKOWSKA  
Trial Attorney  
Office of Immigration Litigation  
Civil Division, U.S. Dept. of Justice  
P.O. Box 878, Ben Franklin Station  
Washington, DC 20044  
Tel: (202) 353-5718  
Tola.M.Myczkowska@usdoj.gov  

January 28, 2026

Attorneys for Defendants-Appellants

2

# **DECLARATION OF TOLA M. MYCZKOWSKA**

I, Tola M. Myczkowska, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney in good standing, admitted to the Bar of this Court, and currently employed with the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, as a Trial Attorney. In such capacity, I represent the Defendants-Appellants in this case.

2. Pursuant to the Court's briefing schedule, Defendants-Appellants' Opening Brief is due on February 18, 2026. *See* Dkt. No. 2.

3. The length of Defendants-Appellants' requested extension is sixty (60) days. Under this request, the Opening Brief is due April 20, 2026. This end date was calculated pursuant to Federal Rule of Appellate Procedure 26(a)(1)(C).

4. Defendants-Appellants have made no previous requests for an extension of time in this appeal.

5. The extension of time is necessary to allow the Office of the Solicitor General ("OSG") to determine whether, and to what extent, to appeal pursuant to 28 C.F.R. § 0.20(b). Defendants-Appellants are unable to complete their Opening Brief without OSG's approval and, ultimately, review. As of the date of the filing of this Motion and Declaration, counsel for Defendants-Appellants has yet to receive OSG's approval. I am unable to represent when OSG will render its approval.

6. I, along with my co-counsel, have exercised and will continue to exercise diligence to complete Defendants-Appellants' Opening Brief within the time requested. Thus, the Opening Brief will be filed within the time requested if appeal is authorized.

7. Plaintiffs-Appellees are separately represented. On January 26, 2026, I contacted Plaintiffs-Appellees via email regarding Defendants-Appellants' request for an extension of time. On January 27, 2026, Plaintiffs-Appellees confirmed, both orally and in writing, that they do not oppose a 30-day extension request, but do oppose a 60-day extension request.

8. The court reporter is not in default with regard to any designated transcripts.

9. This motion is made in good faith for the reasons of actual need set forth herein and not for the purpose of delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of January 2026 at Washington, District of Columbia.

*/s/ Tola M. Myczkowska*
TOLA M. MYCZKOWSKA
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-5718
Tola.M.Myczkowska@usdoj.gov

Attorney for Defendants-Appellants

## CERTIFICATE OF SERVICE

I certify that on January 28, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished through that system.

*/s/ Tola M. Myczkowska*
TOLA M. MYCZKOWSKA
Trial Attorney
U.S. Department of Justice